UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07CR175 CDP |
| | ) |
| LARRY JEAN BRIDGES, | ) |
| | ) |
| Defendant. | ) |

### **MEMORANDUM AND ORDER**

This matter is before the Court on defendant's motion to suppress evidence and statements. Pursuant to 28 U.S.C. § 636(b), pretrial motions were referred to United States Magistrate Judge Lewis M. Blanton. Judge Blanton held an evidentiary hearing and then filed a Report and Recommendation, which recommended that the motions be denied. Defendant then filed objections.

I have conducted a <u>de novo</u> review of all matters relevant to the motions, including reviewing the transcript of the hearing and considering both parties' arguments. After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Blanton as set forth in support of his recommended rulings issued on March 19, 2008. In particular, I conclude, as did Judge Blanton, that defendant's constitutional rights were not violated when he was stopped, questioned, the car was searched, and he was placed under arrest. Additionally,

defendant's statements were voluntary and <u>Miranda</u> warnings were not required under the circumstances.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Blanton [#31] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [# 23] is denied.

This case has been set for trial on May 13, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of April, 2008.